# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0285

VERSUS

VORRICE MOUTON                                        **APRIL 30, 2021**

---

In Re:     Vorrice Mouton, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 01-14-0679.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED.** The application for writ of mandamus filed by
relator is granted. The district court is directed to order
Commissioner Kinasiyumki "Kina" Kimble to issue her report and
recommendations to the district court and the parties within
twenty days of the date of this action. The district court is
further ordered to provide this Court with a copy of the report
and recommendations.

                              **JMG**
                              **PMc**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT